

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00430-CV

———————————————

IN RE CONNIE RAY PALMER, Relator

---

Original Proceeding
78th District Court of Wichita County, Texas
Trial Court No. 43,866-B

---

Before Womack, Birdwell, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: November 10, 2022